IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN GIMBEL,

    Plaintiff,

  v.

UNITED STATES, STATE OF CALIFORNIA, U.S. SECRET SERVICE, AS YET UNNAMED DEFENDANTS, DEL NORTE COUNTY, U.S. ATTORNEY, U.S. DISTRICT JUDGE MARILYN HALL PATEL, and FEDERAL BUREAU OF PRISONS,

    Defendants.

No. C 11-05503 WHA

**ORDER DENYING PLAINTIFF'S REQUEST TO ATTEND BY TELEPHONE**

The Court **DENIES** plaintiff's request to participate in the case management conference by telephone because the courtroom telephone system is inadequate to hold hearings.

**IT IS SO ORDERED.**

Dated: February 28, 2012.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE