1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN GIMBEL,

          Plaintiff,

  v.

UNITED STATES, et al.,

          Defendants.

_____/

No. C 11-05503 WHA

**ORDER TO PROVIDE
AMENDED SUMMONS
TO THE CLERKS OFFICE
FOR ISSUANCE**

Pro se plaintiff John Gimbel is hereby ordered to provide amended summons with the

parties' addresses properly listed to the Clerk's Office for reissuance.  Plaintiff shall do so by

**NOON ON MARCH 15, 2012.**

     **IT IS SO ORDERED.**

Dated:  March 1, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE