IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN GIMBEL,

    Plaintiff,

  v.

UNITED STATES, et al.,

    Defendants.

No. C 11-05503 WHA

**ORDER TO PROVIDE AMENDED SUMMONS TO THE CLERKS OFFICE FOR ISSUANCE**

    Pro se plaintiff John Gimbel is hereby ordered to provide amended summons with the parties' addresses properly listed to the Clerk's Office for reissuance. Plaintiff shall do so by **NOON ON MARCH 15, 2012.**

    **IT IS SO ORDERED.**

Dated: March 1, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE