IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GIMBEL,<br><br>           Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, U.S. SECRET SERVICE, DEL NORTE COUNTY, U.S. DISTRICT JUDGE MARILYN HALL PATEL, and FEDERAL BUREAU OF PRISONS,<br><br>           Defendants.<br>                                                                  / | No. C 11-05503 WHA<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO SERVE AND FAILURE TO PROSECUTE** |

This Section 1983 and *Bivens* action was filed by pro se plaintiff John Gimbel almost a year ago in November 2011. After multiple reassignments, this action was reassigned to the undersigned judge in February 2012. Upon reassignment, it was discovered that Gimbel had not yet served his complaint on defendants within 120 days. However, because the summons issued to Gimbel may have improperly omitted defendants' names and addresses, Gimbel was given another opportunity to serve defendants. This was communicated to Gimbel via two written orders (Dkt. Nos. 17, 18).

Gimbel picked up the newly-issued summons on March 13, 2012. Now, 120 days have passed and Gimbel has still not filed proofs of service. Moreover, Gimbel has failed to appear at two properly-noticed case management conferences. Therefore, this action is **DISMISSED WITHOUT PREJUDICE** for failure to serve and failure to prosecute. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 24, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE