IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN GIMBEL,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

No. C 11-05503 WHA

**ORDER DENYING MOTION TO RECONSIDER**

Pro se plaintiff recently filed a letter requesting "a full retake of events since last scheduled appearance" (Dkt. No. 26). Although it is not entirely clear what plaintiff is requesting in the letter, this order will construe it as a motion for reconsideration of a prior dismissal order. This action was dismissed without prejudice for failure to serve and failure to prosecute. Plaintiff's letter offers only unpersuasive excuses for failing to serve and prosecute this action. There is nothing in the letter to justify reconsideration of the dismissal order. Therefore, plaintiff's motion for reconsider is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 20, 2012.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE